UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TRACY A. JENSON (and
others),

        Plaintiffs,

  vs.

NAT'L AIR TRAFFIC
CONTROLLER'S ASSOCIATION,

       Defendant.

NO.  CV-09-0336-LRS

ORDER DISMISSING SECOND AMENDED
COMPLAINT

      Plaintiff is proceeding in this action *pro se.*  On December 29,
2009, the Court entered an Order directing the Plaintiff to file an
amended complaint, after finding the plaintiff's pleadings failed to
meet the minimum requirements of Federal Rule of Civil Procedure 8.
On January 12, 2010, the plaintiff filed a timely "First Amended
Complaint," Ct. Rec. 8.

      On March 15, 2010, the Court issued an Order Dismissing Claims
With Leave to Amend, Ct. Rec. 9.  Plaintiff timely filed his Second
Amended Complaint, Ct. Rec. 10, on April 6, 2010.  The Court has
reviewed the same, and concludes that the Second Amended Complaint
does not comply with the requirements of Fed.R.Civ.P. 8(a).

      Plaintiff repeatedly mentions that his claims for alleged wrongs
arose during his current or former employment with the federal

ORDER – 1

government, and more specifically employment with the Federal Aviation Administration ("FAA"). However, Plaintiff has not made his employer or former employer (the FAA) a defendant. Plaintiff has filed a letter, Ct. Rec. 11, in which he discloses that he has filed a complaint "in the Seattle Federal Court against the FAA for violation of the Equal Pay Act, and that I will request the Seattle court to transfer that case to Spokane court to consolidate the cases into one, with two common defendants." Ct. Rec. 11, at 1. Further, Plaintiff discloses in Ct. Rec. 11 that he is no longer requesting "class action" status as the FAA has resisted giving Plaintiff contact information for approximately 160 employees.

The record in this case reveals that Plaintiff has previously been given two opportunities to amend his complaint to bring it in compliance with federal law and the local rules. The Court is mindful that the Plaintiff is proceeding *pro se* and that his submissions should be held to less stringent standards than formal pleadings drafted by lawyers. However, Plaintiff's pleadings do not comply with the rules which this Court must apply. The Court has not been satisfied that jurisdiction and venue are properly stated. Plaintiff attempts to base the jurisdiction and venue on locations of FAA control towers and where the Union operates. Plaintiff clearly states that the FAA and Union are both allegedly "guilty of causing a violation of the Equal Pay Act." Ct. Rec. 10, at 2. The FAA, however, is not a named defendant in the instant amended complaint. Finally, there are no dates in conjunction with the alleged facts for the Court to review for statute of limitations issues. Plaintiff also

ORDER – 2

failed to limited each paragraph to a statement of a single circumstance, a single claim, or a single allegation pursuant to Fed.R.Civ.P. 10(b). A paragraph may consist of only one sentence. Thus the defects of Plaintiff's complaint remain uncured.

Given the Court's earlier March 15, 2010 order advising that dismissal would occur in the absence of compliance, Plaintiff's claims as set forth in the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to plaintiff, enter judgment consistent with this order, and CLOSE FILE.

**DATED** this ____15th____ day of April, 2010.


                              *s/Lonny R. Suko*
                    _____
                              LONNY R. SUKO
                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 3