AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TRACY A. JENSON (and others),

        Plaintiffs,

        v.

NAT'L AIR TRAFFIC CONTROLLER'S ASSOCIATION,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-336-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED plaintiff's claims as set forth in the Second Amended Complaint are dismissed without prejudice pursuant to the Order Dismissing Second Amended Complaint entered on April 15, 2010, Ct Rec 12.

April 15, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas